THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY SNEED, Appellant. [644 NYS2d 631]

The defendant voluntarily and intelligently agreed to "forfeit, waive and forever give up" his right to appeal his conviction as part of his plea agreement.

The defendant's contentions, therefore, have either been waived, forfeited by reason of his plea of guilty *(see, People v Gerber,* 182 AD2d 252; *People v Grey,* 135 AD2d 1031), or are without merit. Bracken, J. P., Thompson, Krausman and Goldstein, JJ., concur.